UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KENNETH POGUES, SR., ) Case No. CV 08-3350-RGK(RC)
)
        Petitioner, )
) JUDGMENT
vs. )
)
D.K. SISTO - WARDEN, )
)
        Respondent. )

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: July 9, 2010

                              R. GARY KLAUSNER
                            UNITED STATES DISTRICT JUDGE

R&R\08-3350.ado
5/12/10